Court of Appeals
fourth Court of Appeals District
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, STE. 3200
SAN ANTONIO, TEXAS 78205-3037

6-18-15

RE: Jose Arturo Vergara v. The STATE OF TEXAS — COA NO. 04-12-00187-CR —
— REQUESTING COPIES OF CLERK'S AND REPORTER'S RECORDS —

HON. KEITH E. HOTTLE CLERK;

I am requesting an estimate of cost for the following items, I need copies
of the entire Clerk's Records and I only need the following copies of
Volumes 2, 3, 4, 6, 8, 9, 10, 11 and 12 of the Reporter's Records. If all
possible if you could print the reporter's Records four to one page as
to economized on per sheet. I am indigent and I have only one person
that is willing to help me by putting some money on my inmate trust
fund account so I can pay for these items. She is on a monthly fix
income and I trying to keep cost down as to not put a drain on her.
You response letter will serve also as an invoice so I can send a
Institutional check from the Michael Unit to pay for the requested items.

COA NO: 04-12-00187-CR
TRIAL COURT CASE NO: 2011CRS000560
Jose Arturo Vergara
V.
THE STATE OF TEXAS

CR-331

Vol. 1 - 8
Vol 1 - 9
Vol 2
Vol 3 - 21
Vol 4 - 14
Vol 5 - 9
Vol 6 - 10
Vol 7 - 11
Vol 8 - 171
Vol 9 - 13

Vol 10 - 183
Vol 11 - 205
Vol 12 - 152
Vol 13 - 44

1083

$41.50
10.
$51.50
25.00
$76.50



SINCERELY,
Jose Arturo Vergara
Jose Arturo Vergara #1773208
Michael Unit
2664 FM 2054
Tennessee Colony, Tx 75886

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS
2015 JUN 24 AM 11:10
KEITH E. HOTTLE, CLERK

JOSE ARTURO VERGARA
1773268 3B-26 Michael Unit
2664 fm 2654
Tennessee Colony, TX
75886.

NORTH TEXAS TX 750
DALLAS TX 750
22 JUN 2015 PM 3 L

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO TEXAS
2015 JUN 24 AM 11:10
KEITH E. HOTTLE CLERK



Court of APPeals
fourth Court of APPeals District
300 Dolorosa. Suite 3200
San Antonio, Texas 78205-3037

78205303799